IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CONNIE BUSH AND JAMES CARNEY,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 3:14-CV-1447 |
| **AETNA LIFE INSURANCE COMPANY AND THOMSON REUTERS HOLDINGS, INC,** | § § § § | |
| Defendants. | § § | |

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPOND

Defendant Aetna Life Insurance Company ("Defendant" or "Aetna"), hereby moves this Court for an extension of time within which to answer or otherwise respond to Plaintiffs' Original Complaint (the "Complaint") [Docket #1] and in support thereof, respectfully states as follows:

1. Plaintiffs filed the Complaint on April 21, 2014.

2. The current deadline for Defendant to file an answer or other permitted response to the Complaint is May 13, 2014.

3. The parties have agreed to extend the deadline for Defendant to file an answer or other permitted response to the Complaint to 5 p.m. CST, May 27, 2014, as Defendant is still in the process of gathering information related to Plaintiffs' Original Complaint, and therefore additional time is needed to respond.

The parties have conferred and Plaintiffs do not oppose Defendant having until May 27, 2014 to file an answer or other permitted response to the Complaint. Accordingly, Defendant respectfully asks that the time to file an answer or other permitted response to the Complaint be moved to May 27, 2014.

Dated: May 9, 2014                                          Respectfully submitted,

                                                                                                                                                            */s/ Christine A. Nowak*
                                                    Christine A. Nowak
State Bar No. 24050200
Dykema Gossett PLLC
1717 Main Street, Suite 4000
Dallas, Texas 75201
(214) 462-6400 (Telephone)
(214) 462-6401 (Facsimile)

**COUNSEL FOR DEFENDANT
AETNA LIFE INSURANCE
COMPANY**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure via the Court's ECF system on this 9th day of May, 2014.

                                          /s/ *Christine A. Nowak*
                                          Christine A. Nowak

## CERTIFICATE OF CONFERENCE

I certify that on May 8, 2014, I conferred with counsel for Plaintiffs regarding the substance of this motion and counsel for Plaintiffs was unopposed to the requested relief.

                            */s/ Christine A. Nowak*      5/9/2014
                            Christine A. Nowak         Date