IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CONNIE BUSH AND JAMES CARNEY | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:14-cv-01447-G |
| | § | |
| AETNA LIFE INSURANCE COMPANY | § | |
| and THOMSON REUTERS HOLDINGS | § | |
| INC., | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT THOMSON REUTERS HOLDINGS INC.'S UNOPPOSED MOTION
TO EXTEND TIME TO ANSWER PLAINTIFF'S COMPLAINT**

Defendant Thomson Reuters Holdings Inc. ("Thomson") moves the Court for an order

extending the time for Thomson to answer Plaintiff's Original Complaint until May 30, 2014.

1.      Thomson was served on May 2, 2014.  An answer therefore is due on May 23,

2014.

2.      Counsel for Thomson will be unable to gather sufficient information to answer or

otherwise respond to all of the allegations of the Complaint by May 23, 2014.

3.      Thomson's counsel spoke with Plaintiff's counsel about an extension of the

answer deadline.  Plaintiff does not oppose a 7-day extension of the answer deadline to May 30,

2014, without prejudice to any claims or defenses, in law or in equity, which Thomson may

choose to assert.

Date: May 22, 2014.

Respectfully submitted,

/s/  Bryan P. Neal
Bryan P. Neal
  State Bar No. 00788106

THOMPSON & KNIGHT LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas  75201
Telephone: (214) 969-1700
Facsimile: (214) 969-1751
E-mail: bryan.neal@tklaw.com
E-mail: micah.prude@tklaw.com

ATTORNEYS FOR DEFENDANT
THOMSON REUTERS HOLDINGS INC.

## CERTIFICATE OF CONFERENCE

On May 21, 2014, the undersigned contacted James L. Johnson, Plaintiff's attorney of record, regarding the foregoing motion.  Mr. Johnson does not oppose the motion.

/s/ Bryan P. Neal
Bryan P. Neal

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed and served electronically through ECF on May 22, 2014, on all counsel of record.

/s/ Bryan P. Neal
Bryan P. Neal