UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CONNIE BUSH, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:14-CV-1447-G |
| AETNA LIFE INSURANCE COMPANY, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

The fourth unopposed motion of defendant Thomson Reuters Holdings, Inc. to extend time to answer plaintiffs' complaint (docket entry 18) is **GRANTED**. Defendant Thomson Reuters Holdings, Inc. shall electronically file its answer no later than **July 18, 2014**.

**SO ORDERED**.

June 27, 2014.

_____
**A. JOE FISH**
**Senior United States District Judge**